# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA DIVISION)

| | |
|---|---|
| BOOZ ALLEN HAMILTON HOLDING CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>RAMEZ TANNOUS SHEHADI<br><br>and<br><br>WALID FAYAD,<br><br>    Defendants. | Civil Action No.<br>1:19-cv-00869-CMH-JFAVAED |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(5), 12(b)(6) and Local Rule 7, Defendants hereby moves to dismiss the Complaint filed against it by Plaintiff in its entirety, with prejudice. Specifically, Plaintiff's Complaint should be dismissed because (1) the Court has no personal jurisdiction over Defendants because Defendants had no contact with Plaintiff in Virginia and insufficient minimum contacts with Virginia otherwise; (2) Plaintiff's breach of contract claim is barred as a matter of law since a court in the United Arab Emirates ("UAE") ruled that Defendants were terminated without "Cause;" and (3) Plaintiff insufficiently served Defendants with the Complaint. The grounds for this Motion are set forth more fully in the Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint, filed concurrently with this Motion.

[*SIGNATURE BLOCK ON FOLLOWING PAGE*]

Dated: this 5th day of July, 2019.                Respectfully submitted,

                                          By: /s/ B. Patrice Clair
                                              B. Patrice Clair
                                              Virginia Bar No. 80225

                                              FORDHARRISON LLP
                                              1300 19th Street, N.W., Suite 420
                                              Washington, DC  20036
                                              Telephone: (202) 719-2000
                                              Facsimile: (202) 719-2077
                                              E-mail: pclair@fordharrison.com

                                              *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 5th day of July, 2019, I caused the foregoing DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT to be electronically filed with the Court using the CM/ECF system and that I have caused a true and accurate copy of the foregoing DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT to be served, via email and first-class United States mail, postage prepaid, on the following:

Benjamin S. Boyd
DLA Piper LLP (US)
500 8th Street NW | Washington, DC 20004
202.799.4502 (Office)
benjamin.boyd@us.dlapiper.com

/s/ B. Patrice Clair_____

B. Patrice Clair
Virginia Bar No. 80225

FORDHARRISON LLP
1300 19th Street, N.W., Suite 420
Washington, DC  20036
Telephone: (202) 719-2000
Facsimile: (202) 719-2077
E-mail: pclair@fordharrison.com
*Attorneys for Defendants*

WSACTIVELLP:10648800.1