# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| BOOZ ALLEN HAMILTON HOLDING CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAMEZ TANNOUS SHEHADI<br><br>and<br><br>WALID FAYAD,<br><br>　　　　Defendants. | Civil Action No.<br>1:19-cv-00869-CMH-JFA |

## JOINT MOTION TO VACATE CURRENT SCHEDULING ORDER IN LIGHT OF SETTLEMENT IN PRINCIPLE

1.　　Plaintiff/counterclaim defendant Booz Allen Hamilton Holding Corporation, third-party defendant Booz Allen Hamilton Inc., and defendants/counterclaim plaintiffs Ramez Tannous Shehadi and Walid Fayad, by counsel, have worked diligently to exchange information and to negotiate a settlement of this action.

2.　　The Parties reached an agreement in principle to settle this action. The settlement in principle will fully resolve the claims of all Parties. The Parties expect to be in a position to file a Stipulation of Dismissal once final settlement documents are executed.

3.　　Given the Parties' agreement in principle, the Parties respectfully request that the Court vacate the current Scheduling Order in this action, including the Final Pretrial Conference scheduled for July 16, 2020, so that the Parties can focus their attention on finalizing the settlement documents.

4. The Parties agree to waive a hearing on this Joint Motion.

5. A proposed Order is attached hereto as Exhibit A for the Court's consideration.

Date: July 10, 2020                                         Respectfully Submitted,

By: /s/ Benjamin S. Boyd                              By: /s/ B. Patrice Clair
    Benjamin S. Boyd (VA Bar No. 28427)    B. Patrice Clair (VA Bar No. 80225)
    DLP PIPER LLP (US)    FORDHARRISON LLP
    500 8th Street, NW    1300 19th Street, NW, Suite 420
    Washington, D.C. 20004    Washington, DC 20036
    Telephone: (202) 799-4000    Telephone: (202) 719-2000
    Facsimile: (202) 799-5000    Facsimile: (202) 719-2077
    E-mail: benjamin.boyd@dlapiper.com    E-mail: pclair@fordharrison.com
    *Counsel for Plaintiff*    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on this 10th day of July, 2020, I caused the foregoing JOINT MOTION TO VACATE CURRENT SCHEDULING ORDER IN LIGHT OF SETTLEMENT IN PRINCIPLE to be electronically filed with the Court using the CM/ECF system which will then send electronic notification of the filing to the following:

| | |
|---|---|
| Benjamin S. Boyd, Esq. | Daniel Turinsky, Esq. |
| Virginia Bar No. 28427 | *(admitted pro hac vice)* |
| 500 8th Street, NW | Britt C. Hamilton, Esq. |
| Washington, D.C. 20004 | *(admitted pro hac vice)* |
| Tel: (202) 799-4000 | 1251 Avenue of the Americas |
| Fax: (202) 799-5000 | New York, NY 10020 |
| Benjamin.boyd@us.dlapiper.com | Tel: (212) 335-4500 |
| | Fax: (212) 335-4501 |
| | daniel.turinsky@dlapiper.com |
| | britt.hamilton@dlapiper.com |

*Counsel for Plaintiff Booz Allen Hamilton*
*Holding Corporation and Third-Party Defendant*
*Booz Allen Hamilton Inc.*


                                            /s/ B. Patrice Clair
                                            B. Patrice Clair
                                            Virginia Bar No. 80225
                                            FORDHARRISON LLP
                                            1300 19th Street, N.W., Suite 420
                                            Washington, DC  20036
                                            Telephone: (202) 719-2000
                                            Facsimile: (202) 719-2077
                                            E-mail: pclair@fordharrison.com
                                            *Attorneys for Defendants Ramez*
                                            *Tannous Shehadi and Walid Fayad*