# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| BOOZ ALLEN HAMILTON HOLDING CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>RAMEZ TANNOUS SHEHADI<br><br>and<br><br>WALID FAYAD,<br><br>       Defendants. | Civil Action No.<br>1:19-cv-00869-CMH-JFA |

## ORDER

Upon consideration of the Parties' Joint Motion to Vacate Current Scheduling Order In Light of Settlement In Principle, the Court hereby vacates the Scheduling Order entered on April 21, 2020 (Dkt. No. 48), including the Final Pretrial Conference currently scheduled for July 16, 2020.

Dated: _____

_____
Claude M. Hilton

WSACTIVELLP:11623497.1