IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOOZ ALLEN HAMILTON HOLDING CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>RAMEZ TANNOUS SHEHADI and WALID FAYAD,<br><br>      Defendants. | Case No. 1:19-cv-00869-CMH-JFA |

## STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Booz Allen Hamilton Holding Corporation and Defendants Ramez Tannous Shehadi and Walid Fayad, by counsel, hereby stipulate and agree to voluntary dismiss this action with prejudice, with each side to bear its own costs.

Dated: December 4, 2020

WE AGREE TO THE ABOVE STIPULATION.

By: /s/ Benjamin S. Boyd
    Benjamin S. Boyd (VA Bar No. 28427)
    DLP PIPER LLP (US)
    500 8th Street, NW
    Washington, D.C. 20004
    Telephone: (202) 799-4000
    Facsimile:  (202) 799-5000
    E-mail: benjamin.boyd@dlapiper.com
    *Counsel for Plaintiff*

By: /s/ B. Patrice Clair
    B. Patrice Clair, Esq. (VA Bar No. 80225)
    FORDHARRISON LLP
    1300 19th Street, NW, Suite 420
    Washington, DC 20036
    Telephone: (202) 719-2000
    Facsimile:  (202) 719-2077
    E-mail: pclair@fordharrison.com
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2020, I caused the foregoing STIPULATION OF DISMISSAL to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> B. Patrice Clair, Esq.
> FORD HARRISON LLP
> 1300 19th Street, NW, Suite 420
> Washington, DC 20036
> E-mail: pclair@fordharrison.com

     /s/ Benjamin S. Boyd
    Benjamin S. Boyd